No. 04–6211. BRISCOE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 04–6216. BOULIER v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 04–6226. MAYERS v. SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. C. A. 6th Cir. Certiorari denied.

No. 04–6237. ELLIS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 04–6246. STRONG v. MCCUSKEY, JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 04–6248. NAILOR v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–6261. HIGHTOWER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–6272. PACE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6274. WILLIAMS v. GARCIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–6281. LANEY v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 04–6287. MACK v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 04–6292. ARNOLD v. TOWN OF SLAUGHTER, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–6306. CHAYOON v. REELS ET AL. C. A. 2d Cir. Certiorari denied.